UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
    Ultra Energy Solutions, Inc. )    Case No. 18-10841 KHT
    Debtor )
)    Chapter 7

**TRUSTEE'S MOTION FOR AUTHORITY TO EMPLOY AUCTIONEER TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF DISPUTED TITLE CLAIMS AND FOR AUTHORITY TO COMPENSATE AUCTIONEER AND PAY CERTAIN ADMINISTRATIVE EXPENSES**

    David E. Lewis, the duly authorized Chapter 7 Trustee in this matter hereby requests authority to employ an auctioneer and to sell property of this bankruptcy estate and for authority to compensate auctioneer and pay certain administrative expenses under 11 U.S.C. 363(f) and 11 U.S.C. 503(b) all pursuant to F.R.B.P. 6004(c) and in support thereof, states as follows.

1.    The estate is the owner of certain non-exempt assets, including, without limitation, a 2006 Peterbilt Tractor VIN 1XP5DB9XX6D892456 (the property).

2.    Based on the Trustee's review of the schedules and statements filed by the debtor, the Trustee has determined that liquidation of the property may be beneficial for the estate and its creditors.

3.    The Trustee intends to take immediate possession of the property, and sell it as set forth herein. The Schedules filed by the debtor indicate that the property has a value of $25,000.00 The Debtor disclosed in the Statement of Financial Affairs item 47, that the property is co-owned by Bryan Dale. The debtor further stated "though 100% is debtor's property." The Trustee understands that Bryan Dale is an insider of the Debtor and obtained a title interest in the vehicle without authorization by the debtor. Thus, the ownership interest, if any, held by Bryan Dale is subject to a bona fide dispute. Funds from the sale will be deposited to the bankruptcy estate account and Mr. Dale can assert an interest in those funds if he chooses to do so.

4    The proposed method of sale is a public auction. This auction would be conducted by William Dickensheet, Auctioneer, (the auctioneer) on behalf of the estate on Saturday, May 19, 2018 at 10:00 am on the premises of Dickensheet & Associates located at 1501 West Wesley Avenue, Denver, Colorado. The auctioneer, its principals and employees do not have any connection with the debtor, the estate, or the Trustee herein, as attested to by the attached Affidavit of Disinterest, labeled as Exhibit A. The Trustee is satisfied that the auctioneer neither holds nor represents any interest adverse to the estate.

5.    The Trustee believes that a commission of 10% of the total sales price of the property is reasonable and appropriate compensation for Dickensheet & Associates, and reimbursement of $472.50 for relocation expenses and up to $750.00 for advertising, taxes and title expenses be allowed as valid expenses of the administration under 11 U.S.C. 503(b) and that such fees and expenses be paid without further application and Order of the Court upon the sale of the property. Dickensheet's fees and expenses are subject to recapture in the event there are insufficient funds with which to pay administrative expenses and such fees and expenses are subject to review and final court approval of such commission and fees. The Trustee does not

believe that there are or will be any administrative expenses other than those of Dickensheet as described above, and those of the Trustee, and that after payment of all such expenses there will be a meaningful amount of funds available for distribution to unsecured creditors.

Wherefore, the Trustee requests an Order of the Court authorizing the Trustee to retain Dickensheet and Associates, Inc. to sell the property at public or private auction subject to the terms of this Motion and for authority to pay Dickensheet its 10% sales commission based on the gross sales proceeds received from the sale of the property and to pay Dickensheet the sum of up to $472.50 for relocation expenses, and up to $750.00 for advertising and costs of sale.

Dated: April 23, 2018

Chapter 7 Trustee:

David E. Lewis
Chapter 7 Trustee
1400 Main Street #201-B
Louisville, CO 80027
(303) 666-1217